# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC, SERIES 346 S MILAN ST.,

Appellant,

vs.

METLIFE HOME LOANS, LLC,

Respondent.

No. 76908

FILED

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Richard Scotti, District Judge
Law Offices of Michael F. Bohn, Ltd.
Ballard Spahr LLP/Las Vegas
Eighth District Court Clerk